# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

Michelle Lyjsowski
TOWN CLERK

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand St Waterbury CT | (203)591-3300 | 11/5/2024 |

☒ Judicial District  ☐ Housing Session   G.A. Number: ___   At (City/Town): Waterbury

Case type code (See list on page 2) Major: T  Minor: 50

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented: Benjamin Lomeli, 43 Lake St Prospect CT 06712

Juris number (if attorney or law firm): ___

Telephone number: (415)659-7795

Signature of plaintiff (if self-represented): /s/

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): benjaminlomeli54@gmail.com

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | Name: LOMELI Benjamin A<br>Address: 43 Lake St Prospect 06712 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Town of Prospect ; Agent: ELAINE MELCHIONE<br>Address: 36 Center St Prospect CT 06712 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 1   ☐ Form JD-CV-2 attached for additional parties

**A TRUE COPY ATTEST:**
/s/ Jamie Hobart Lambo
**Jamie Hobart Lambo**
**CT State Marshal**

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date | Signed (Sign and select proper box) | ☐ Commissioner of Superior Court ☒ Clerk | Name of person signing |
|---|---|---|---|
| 10/7/2024 | /s/ | Clerk | UNPASCALE |

**If this summons is signed by a Clerk:**

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff): X /s/ | Date: 7/04/2024 | Docket Number |
|---|---|---|---|

Print Form   Page 1 of 2   Reset Form   **EXHIBIT A**

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

EXHIBIT A

Return Date: November 5th, 2024        :    Superior Court
Benjamin Alberto Lomeli                   :    Waterbury Judicial District
                                                                    300 Grand Street, Waterbury 06702

VS.
Town Of Prospect

## COMPLAINT

### Count One

1. The Defendant, Town of Prospect is the Local Municipality with an Address of 36 Center Street, Prospect, Connecticut 06712
2. On or about September 5th 2024, through the Anti-Blight Commission and the Town Clerk Elaine Melchionne; meeting minutes were posted that stated as a <u>matter of fact</u> that the Plaintiff "..has previously discharged a firearm and shot at a raccoon." at the address of 43 Luke St in Prospect.
3. No firearm discharges have ever been conducted at the address of 43 Luke st Prospect CT. No charges or reports of firearm discharge have been recorded with the local police department.
    a. It is illegal to discharge a firearm within 500 ft of an occupied building. Plaintiffs property measures .95 acres.
    b. Shooting at an animal may be viewed by the courts and by 'public opinion' of being Animal Cruelty
4. The Defendant posted the above Libelous statements to the public Meeting Minutes on "twonofprospect.org"
    a. No Concern of the wellbeing of the Plaintiff or his family were taken into consideration upon the posting of the minutes.
5. The Defendant only names the Plaintiff and not both property owners (Benjamin & Tiffany Lomeli) as the ones committing the crimes of Illegal firearm discharge and Animal Cruelty.
    a. The Plaintiff Benjamin Lomeli is of Hispanic origin, a 100% disabled-veteran, and a member of the Satanic Temple.
6. Multiple calls have been made from the Plaintiff to the Prospect Police Department due to vandalism, mail stolen from mailbox, stalking and letters from the community cursing and disparaging the Plaintiff.
7. Plaintiff has had to increase VA therapy and VA medication for the increase to Paranoia and PTSD.
8. The Plaintiff has had to increase Security infrastructure at their property.

EXHIBIT A

**Count Two**

1. The Defendant violated the Plaintiffs civil rights by referencing the false statements as solely the doing of the Plaintiff and not both Property Owners.
2. Multiple neighbors have verbally accosted the Plaintiff for his Mexican heritage stating "I thought his people were good at cutting grass."
    a. The grass not being cut was the reason for the Anti-Blight commission taking up the case against the Plaintiff
    b. Per The BLIGHT ORDINANCE #87-12-06-16 (Amended #83-02-17-15) of the Town of Prospect (Defendant),: ( 1) foot in height, unless such grass is harvested as hay or is maintained at such height for ornamental purposes
    c. Roger Sherman (a member of the Blight Board) was notified by the Plaintiff on or about September 1st 2025 that the grass height was maintained at such height for ornamental reasons.
    d. The Defendant sent a warning to the Plaintiff despite the facts mentioned in Count Two, 2(c).

EXHIBIT A

Return Date: November 5th, 2024         :        Superior Court
Benjamin Alberto Lomeli                  :        Waterbury Judicial District
                                                  300 Grand Street, Waterbury 06702

VS.
Town Of Prospect

WHEREFORE, the Plaintiff prays(seeks) the following relief:
1. Monetary Damages, pursuant to increased emotional and physical damage
2. Punitive Damages
3. Interest and costs
4. Legal interest
5. Public Apology from the Defendant
6. Cease and Desist Blight Commissions complaints of tall grass
7. Such other and further relief as the Court may deem equitable and just

                                        THE PLAINTIFF
                                        BENJAMIN ALBERTO LOMELI

EXHIBIT A

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND DOLLARS or more, exclusive of interest and costs.

BY: *[signature]*
BENJAMIN LOMELI, Pro Se
43 Luke St, Prospect CT 06712
475 689 7795

EXHIBIT A

UNAPPROVED MINUTES

Anti-Blight Commission

September 5, 2024

Roger Sherman called the meeting to order at the Town Hall at 6:30 p.m. and the Pledge of Allegiance was recited. Roll call followed with the following members present: Carey Fitzgerald, Larry Rifkin and Elaine Melchionne. Kristen Cicchetti arrived shortly after.

The unapproved minutes from the August 1, 2024 meeting were presented. There were no corrections or revisions. A motion was made by Carey Fitzgerald to approve the minutes and Larry Rifkin seconded the motion. There was no opposition.

Correspondence: There was no postal mail received. The only item received was a copy of a published legal notice for the Prospect Water Pollution Control Authority, which Roger Sherman read into the record.

| | |
|---|---|
| 102 Clark Hill Road | 17 Rek Lane |
| 147 Salem Road – O&G Property | 43 Luke Street |
| 176 Straitsville Road | 93 Union City Road |

Public Participation: Mr. Caporaso, the owner of 176 Straitsville Road, was present   He would not stand for the Pledge of Allegiance at the start of the meeting nor would he give his name. The discussion got heated as the committee was trying to explain to him that they were volunteers and acting on a complaint regarding his property.

EXHIBIT A

Old Business:

    176 Straitsville Road – Kristen spoke of driving by the property on numerous occasions and found the property to be in order. A motion was made by Roger Sherman and seconded by Kristen Cicchetti to remove this address from the agenda starting in October, as this is now a concluded matter.

    147 Salem Road – O&G Property. This property will stay on the agenda so Carey can follow up on the status of remediation. Roger said he spoke with Mary Barton who informed him that the company has applied for an application for demolition.

    102 Clark Hill Road – Roger Sherman brought pictures to show to the committee. The issue is being able to see up Clark Hill Road. Roger Sherman said he would reach out to the homeowner.

    17 Rek Lane – Carey says nothing has been done with respect to the property. The complainant has erected a fence so as not to have to see the Rek's property. After a brief discussion, a motion was made by Kristen Cicchetti and seconded by Carey Fitzgerald to send a warning notice. There was no opposition.

    93 Union City Road – Larry looked at the property after the commission discussed the complaint. The vine growing is Japanese Ragweed and Larry sent correspondence to the complainant explaining that the vine would go dormant with the onset of the cold weather. Larry also told him he was free to file another complaint in the spring if he the vine came back or there were other areas of concern.

EXHIBIT A

43 Luke Street – There were 11 people in attendance to discuss the various concerns they have concerning this property. At the time he applied for a variance for a handicap ramp, no one spoke against his application. The owner says that the tall grass and truck are ornamental and he will not cut the lawn because he doesn't want to see anyone. Mrs. Delacey spoke on how she and her daughter have Lyme Disease and believe this long grass along with the upkeep could have been a contributing factor to this. One neighbor spoke on spending over $20,000.00 for greenery for a border between their house and the homeowner. Roger has spoken to Mary Barton after learning he has a business in the house. He also has chickens and a rooster and did not file a plan with the town for keeping them. He has previously discharged a firearm and shot at a raccoon. After this lengthy discussion, a motion was made by Kristen Cicchetti and seconded by Carey Fitzgerald to send a warning notice. There was no opposition.

New Business:  No new business.

The next meeting will be October 3, 2024 at 6:30 p.m. at the Town Hall.

A motion was made by Kristen Cicchetti and seconded by Carey Fitzgerald to adjourn the meeting. All members were in favor and there was no opposition.

Respectfully submitted,

Elaine Melchionne

EXHIBIT A

Old Business:

    147 Salem Road – O&G Property. This property will stay on the agenda so Carey can follow up on the status of remediation. She drove by the property recently and said there has been no change and she took a picture of the sign to get the phone number to check with the company on the status of their plan for the demolition of the building.

    102 Clark Hill Road - The continuing issue is being able to see up Clark Hill Road. Roger Sherman said he would reach out to the homeowner and is searching for contact information.

    17 Rek Lane – Carey drove by and said the homeowner has fixed the awning and the lawn is mowed. The two cars are still there and the truck is in the grass.

    43 Luke Street – The complaint will be resent certified mail, return receipt requested. The homeowner's last name is spelled Lomeli not Lorneli as written on the correspondence. Providing the homeowner signs for and receives the warning notice, the fines will start to accrue from that date.

New Business: No new business.

The next meeting will be November 7, 2024 at 6:30 p.m. at the Town Hall.

A motion was made by Roger Sherman and seconded by Kristen Cicchetti to adjourn the meeting. All members were in favor and there was no opposition.

Respectfully submitted,

Elaine Melchionne

EXHIBIT A

UNAPPROVED MINUTES

Anti-Blight Commission

October 3, 2024

Roger Sherman called the meeting to order at the Town Hall at 6:30 p.m. and the Pledge of Allegiance was recited. Roll call followed with the following members present: Carey Fitzgerald, Larry Rifkin, Elaine Melchionne

The unapproved minutes from the September 5, 2024 meeting were presented. There were no corrections or revisions. A motion was made by Kristen Cicchetti to approve the minutes and Carey Fitzgerald seconded the motion. There was no opposition.

Correspondence: There was no postal mail received. The only item received was the return correspondence for 43 Luke Street, which was a warning notice. It was marked refused. Also, the certified return green card was returned for 17 Rek Lane indicating the homeowner received the correspondence, which was a warning notice.

| | |
|---|---|
| 102 Clark Hill Road | 17 Rek Lane |
| 147 Salem Road – O&G Property | 43 Luke Street |
| 176 Straitsville Road | 93 Union City Road |

Public Participation: Mr. Poehailos, Mr. Capuano and two other gentlemen from Luke Street were present. It was explained to them the fine amount would continue to accrue 30 days from the date of the refusal of the correspondence. Roger Sherman is planning to reach out to Brian at the VFW for assistance in this regard in that Mr. Lomeli, the homeowner, is a veteran.

EXHIBIT A